■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTIAN SULSONA, Appellant. [19 NYS3d 909]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Kron, J.), rendered December 4, 2013, convicting him of robbery in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the People's contention, the defendant's purported waiver of his right to appeal was invalid (*see People v Lopez*, 6 NY3d 248, 256 [2006]). The record does not demonstrate that the defendant "grasped the concept of the appeal waiver and the nature of the right he was forgoing" (*People v Bradshaw*, 18 NY3d 257, 267 [2011]; *see People v DeSimone*, 80 NY2d 273, 283 [1992]; *People v Brown*, 122 AD3d 133 [2014]).

The defendant's contention that the Supreme Court erred in

sentencing him as a second felony offender is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Nieves*, 2 NY3d 310, 316 [2004]; *People v Samms*, 95 NY2d 52, 54-57 [2000]; *People v Delston*, 30 AD3d 536 [2006]; *People v Smalls*, 293 AD2d 500, 501 [2002]; *see also People v Walton*, 101 AD3d 1489, 1490 [2012]), and, in any event, without merit (*see* CPL 400.21; *People v Ladson*, 30 AD3d 836, 837 [2006]). Mastro, J.P., Dickerson, Roman and Maltese, JJ., concur.